IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

GREG LINTZ,
  on behalf of M.R.L.,
  a minor                                                      Plaintiff

v.                          4:12CV00040 JTK

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration,                                       Defendant

### JUDGMENT

Pursuant to the Order filed in this matter this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is affirmed and that Plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED.

DATED this 3rd day of October, 2012.

_____
UNITED STATES MAGISTRATE JUDGE